No. 01–1605. IN RE TAYLOR; and IN RE HARRIS ET AL. C. A. 5th Cir. Motion of National Mental Health Association et al. for leave to file a brief as *amici curiae* granted. Certiorari de-

nied. Reported below: 278 F. 3d 459 (first judgment); 31 Fed. Appx. 838 (second judgment).